UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| BRIAN STEELE | ) |
| | ) |
| Plaintiff, | ) Case No. 1:20-cv-00735-CCB |
| | ) |
| v. | ) |
| | ) |
| TRINACRIA CAFE LLC, ET AL. | ) |
| | ) |
| Defendant. | ) |

### Stipulation of Dismissal

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, hereby enters this stipulation of dismissal as to all Defendants.  Each side to bear its own costs.

Dated: September 9, 2020

*/s/* Edward N. Griffin*/s/*
Edward N. Griffin, MD Bar No. 011047
ADELPHI LLP
2306 Wineberry Terrace
Baltimore, MD 21209
Tel: (202) 361-5246
Fax: (888) 367-0383
griffin@adelphilaw.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I, hereby, certify that on September 9, 2020, a copy of the foregoing was served via email upon Defendant's counsel, Mr. David Preller, Jr., Esq., and by US Mail c/o: David Preller, Jr., Esq., 307 W. Pennsylvania Ave., Towson, MD 21204.

/s/Edward Griffin/s/
Edward Griffin

Approved. 9/10/20
Catherine C. Blake
United States District Judge

1